RECEIVED USMS D/MT
JUN 13 2024 PM 2:06

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>DUSTIN JAMES MASSEY,<br><br>　　　　　　　　　　　Defendant. | CR-24-83-BLG-SPW<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

　　　YOU ARE HEREBY COMMANDED to arrest DUSTIN JAMES MASSEY and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Possession with Intent to Distribute Controlled Substances in violation of Title 21 U.S.C. § 841(a)(1), Aiding and Abetting in violation of Title 18 U.S.C. § 2, Criminal Forfeiture in violation of Title 21 U.S.C §§ 853(a)(1) and (2), and Title 21 U.S.C. § 881(a)(11).

Assigned to: Julie R. Patten, AUSA

_____
J. Edwards, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 13th day of June, 2024

| *R E T U R N* | |
|---|---|
| **DATE RECEIVED:** | **LOCATION:** |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** | *Craig Anderson*<br>**UNITED STATES MARSHAL** |
| **LOCATION:** | |
| **BY:**　　　　　　　　　　Deputy U.S. Marshal | |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT  CASE NO. CR 24-83-BLG-SPW

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: DUSTIN JAMES MASSEY

Address: Federal Bureau of Prisons
USMS requires warrant for this case

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  Billings
DISTRICT OF MONTANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Sharmi Lagge - Legal Assistant
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (406) 247-4636

Name of Asst. U.S. Attorney (if assigned): Julie Patten

☐ Interpreter Required  Dialect: _____

Birth Date: 9/7/1985   ☒ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: 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

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF, SA Andrew Martian

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Billings, MT   County: Yellowstone

### DEFENDANT

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1); 18 U.S.C. § 2 | PWID CONTROLLED SUBSTANCES | ☒ Felony ☐ Misdemeanor |
| | 21 U.S.C. §§ 853(a)(1) and (2) | CRIMINAL FORFEITURE | ☐ Felony ☐ Misdemeanor |
| | 21 U.S.C. § 881(a)(11) | CRIMINAL FORFEITURE | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Julia.Patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUN 13 2024

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-83-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Penalty for methamphetamine and fentanyl: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br>(Penalty for cocaine: 20 years imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 21 U.S.C. §§ 853(a)(1) and (2)<br>Title 21 U.S.C. § 881(a)(11)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
| DUSTIN JAMES MASSEY,<br><br>Defendant. | |

1

THE GRAND JURY CHARGES:

## COUNT 1

That on or about September 21, 2023, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, DUSTIN JAMES MASSEY, knowingly and unlawfully possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 400 grams or more of a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, and a substance containing a detectible amount of cocaine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses set forth in count 1 of this indictment, the defendant, DUSTIN JAMES MASSEY, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the

2

transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

*/s/ Timothy J. Ka[illegible]*
JESSE A. LASLOVICH
United States Attorney

*/s/ Cyndee L. Peterson*
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3